UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

JACOB M. BELL, SR.

VS.

WARDEN, ST. MARY PARISH
LAW ENFORCEMENT CENTER

CIVIL ACTION NO. 6:12-cv-1769

SECTION P

JUDGE RICHARD T. HAIK, SR.

MAGISTRATE JUDGE PATRICK J. HANNA

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as moot and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE